**Charles L. CLARK, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 02–7349.

United States Court of Appeals, Federal Circuit.

Oct. 15, 2004.

ORDER

Pursuant to the Court's letter dated September 22, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.

**Efrain FRANCO–SANTOS, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 02–7350.

United States Court of Appeals, Federal Circuit.

Oct. 15, 2004.

ORDER

Pursuant to the Court's letter dated September 22, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.

**Ceferino MIRANDA–MIRANDA, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 02–7373.

United States Court of Appeals, Federal Circuit.

Oct. 15, 2004.

ORDER

Pursuant to the Court's letter dated September 22, 2004.

IT IS ORDERED THAT:

This appeal is dismissed.